UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:05-CR-204 CEJ |
| MARTIN AGUILAR-GONZALEZ, | ) |
| Defendant. | ) |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On May 31, 2005, Judge Noce issued an Order and Recommendation in which he recommended that the defendant's motion to suppress evidence and statements be denied as moot. No objections to the Order and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Martin Aguilar-Gonzalez to suppress evidence and statements [Doc. #14] is **denied as moot**.

```
                                   _____
                                   CAROL E. JACKSON
                                   UNITED STATES DISTRICT JUDGE
```

Dated this 14th day of June, 2005.